

```
McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. KELLY
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

FILED
JUL 20 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNDER SEAL

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR.NO. 1:06 CR 0 0 2 5 4 OWW |
| Plaintiff, | EX PARTE MOTION TO SEAL INDICTMENT PURSUANT |
| v. | TO RULE 6(e), FEDERAL FEDERAL RULES OF CRIMINAL PROCEDURE |
| MISTY RIPORTELLA, | |
| Defendant. | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on July 20, 2006, charging the above defendant with a violation of Title 18, United States Code, Section 1001 - False Statements to Federal Law Enforcement Authorities be kept secret until the defendant named in the Indictment is either in custody or has been given bail on this offense; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrant issued pursuant thereto, except when necessary for the issuance and

1  execution of the warrant.
2  DATED: July _ 2006                        Respectfully submitted,
3                                            McGREGOR W. SCOTT
                                             United States Attorney
4                                            By /s/ Kimberly A. Kelly
5                                               KIMBERLY A. KELLY
                                             Assistant U.S. Attorney
6
7  ORDERED as prayed this 20th day of July 2006
8
9                                            U.S. Magistrate Judge

2