McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
2500 Tulare Street
Room 4401
Fresno, California 93721
Telephone: (559) 497-4000

**FILED**
OCT 17 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:06-cr-00254 OWW |
| Plaintiff, ) | |
| v. ) | REQUEST BY THE UNITED STATES TO UNSEAL INDICTMENT |
| MISTY RIPORTELLA, ) | |
| Defendant. ) | |

Comes now the United States, by and through its attorneys of record, McGregor W. Scott, United States Attorney, and Kimberly A. Sanchez, Assistant United States Attorney, and request leave of the Court to unseal the indictment in the above-captioned matter.

DATED: October 17, 2006

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By _____
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

IT IS SO ORDERED:

DATED: October 17, 2006

_____
Hon. SANDRA M. SNYDER
U.S. Magistrate Judge

1