# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF CALIFORNIA

## PRETRIAL SERVICES VIOLATION PETITION

**FILED**



NOV 3 0 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

The United States,

   -vs-

**MISTY DIANNE RIPORTELLA**

**Docket No. 06-0254 OWW**

**COMES NOW** <u>Kimberly M. Dalton</u>, Supervisory Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of <u>Misty Dianne Riportella</u>, who was placed on bond by the Honorable <u>Sandra M. Snyder, U. S. Magistrate Judge</u>, sitting in the Court at <u>Fresno, California</u>, on the <u>20 th</u> day of <u>October</u>, 2006, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows in attachment:

**OFFENSE:** False Statements to Federal law Enforcement Authorities

**BOND CONDITIONS:** Please see attached

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On November 29, 2006, at approximately 6:51 p.m. the defendant was arrested by the Fresno Police Department for Possession of Controlled Substance for Sale and Committing a Felony while on Bail. She is currently in custody at the Fresno County Jail.

**PRAYING THAT THE COURT WILL ORDER** a no bail warrant to issue for the arrest of this defendant.

**LAST KNOWN ADDRESS:**   On file with Pretrial Services

**TELEPHONE NUMBER:**   On file with Pretrial Services

I declare under penalty of perjury that the foregoing is true and correct.   Executed on  November 30, 2006

Respectfully submitted,

*KIMBERLY M. DALTON*
Supervisory Pretrial Services Officer

## ORDER

✓  The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $ *No Bail*

_____  The Court hereby orders this ex parte motion and order be sealed.

_____  The Court orders a summons be issued with an appearance date of _____.

_____  The Court hereby orders this matter placed on this court's calendar on_____, at
_____ am/pm and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

_____  The Court orders no action be taken.

Considered and ordered this **30**th day of
**Nov**, 20**06**, and ordered filed and
made a part of the records in the above case.

_____
U.S. Magistrate Judge/U.S. District Judge

rev. 1/93

**RIPORTELLA, Misty Dianne**
**Docket No. 06-0254 OWW**

## CONDITIONS OF RELEASE

1.  You shall be released on a $1,000 cash bond, posted by Charles Rodriguez;

2.  You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

3.  You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

4.  You are released to the third party custody of Charles Rodriguez;

5.  Your travel is restricted to Fresno County, unless otherwise approved in advance by the Pretrial Services Officer;

6.  You shall refrain from excessive use of alcohol or any use or possession of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner;

7.  You shall report any prescriptions to the Pretrial Services Officer within 48 hours of receipt;

8.  You shall submit to drug and/or alcohol testing as directed by the Pretrial Services Officer;

9.  You shall not associate or have any contact with Eddie Bulgara, unless in the presence of counsel or otherwise approved in advance by the Pretrial Services Officer; and,

10. You shall not possess a firearm, destructive device, or other dangerous weapon.