LAW OFFICES OF JOAN JACOBS LEVIE
*State Bar No.: 179787*
*2014 Tulare Street, Suite 528*
*Fresno, California 93721*
*Telephone: (559)498-8155  Facsimile: (559)498-8165*

Attorney for Defendant, MISTY RIPORTELLA



JAN 1 6 2007

EASTERN DISTRICT COURT
DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 06-0254 OWW |
| Plaintiff, ) | **APPLICATION FOR ORDER EXONERATING CASH BOND AND ORDER THEREON** |
| vs. ) | |
| MISTY RIPORTELLA, ) | |
| Defendant. ) | |

Defendant MISTY RIPORTELLA, by and through her counsel of record, Joan Jacobs Levie, hereby moves this court for an order exonerating the cash bond posted in the above-captioned case.

On October 18, 2006, defendant MISTY RIPORTELLA made an initial appearance in this matter. On October 20, 2006, the magistrate court ordered Ms. Riportella released from custody under conditions of pretrial services supervision and upon procurement of a cash bond of $1,000.00 payable to the court by Charles Rodriguez, the third party custodian.

On December 08, 2006, the defendant admitted to a violation of pre-trial release and was ordered back to jail. On the same date, the defendant entered a guilty plea and is awaiting sentencing. She now requests that the court exonerate the cash bond previously set by the magistrate court. Defense

counsel met and conferred with Assistant U.S. Attorney Kimberly Sanchez who does not oppose this motion.

Dated: December 19, 2006          Respectfully submitted,

/s/ Joan Jacobs Levie
JOAN JACOBS LEVIE
Attorney for Defendant
MISTY RIPORTELLA

### ORDER

IT IS HEREBY ORDERED that the $1,000.00 cash bond in the above-captioned case be exonerated and reconveyed to Charles Rodriguez.

Dated: 1-11-07          By_____
OLIVER W. WANGER
Judge of the United States District Court
Eastern District of California